| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)** |
| **CURTIS, MALLET-PREVOST,**<br>  **COLT & MOSLE LLP**<br>101 Park Avenue<br>New York, NY 10178-0061<br>Telephone:  (212) 696-6000<br>Facsimile:  (212) 697-1559<br>Steven J. Reisman<br>Cindi M. Giglio<br>Bryan M. Kotliar<br><br>*Proposed Counsel to the Debtors*<br>  *and Debtors-in-Possession*<br><br>**COLE, SCHOTZ, MEISEL,**<br>  **FORMAN & LEONARD P.A.**<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Telephone:  (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Michael D. Sirota<br>Ilana Volkov<br><br>*Proposed Co-Counsel to the Debtors*<br>  *and Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| ASHLEY STEWART HOLDINGS, INC., <u>et al.</u>,[1] | Case No. 14- |
| Debtors. | (Joint Administration Requested) |

**ORDER EXTENDING THE TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (III) SCHEDULES OF CURRENT INCOME AND EXPENDITURE AND (IV) STATEMENTS OF FINANCIAL AFFAIRS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ashley Stewart Holdings, Inc. (6790); New Ashley Stewart, Inc. (6655); AS IP Holdings, Inc. (6890); and NAS Gift LLC (5413).  The Debtors' corporate offices are located at 100 Metro Way, Secaucus, NJ 07094.

| | |
|---|---|
| Page: | 1 |
| Debtor: | Ashley Stewart Holdings, Inc., et al. |
| Case No.: | 14-14383 |
| Caption: | Order Extending the Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Executory Contracts and Unexpired Leases, (III) Schedules of Current Income and Expenditure and (IV) Statements Of Financial Affairs |

The relief set forth on the following pages, numbered three (3) through four (4), is hereby ORDERED.

17477144

Page:     2
Debtor:   Ashley Stewart Holdings, Inc., et al.
Case No.: 14-14383
Caption:  Order Extending the Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Executory Contracts and Unexpired Leases, (III) Schedules of Current Income and Expenditure and (IV) Statements Of Financial Affairs

---

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking an extension of the time within which the Debtors must file their (i) schedules of assets and liabilities; (ii) schedules of executory contracts and unexpired leases; (iii) schedules of current income and expenditures; and (iv) statements of financial affairs (collectively, the "Schedules"); and upon the Declaration of Michael A. Abate, in Support of First Day Pleadings; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* dated as of September 18, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The time within which the Debtors must file their Schedules is extended for an additional period of thirty (30) days beyond the 14-day period provided for pursuant to the Bankruptcy Rules, to April 22, 2014.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

17477144

Page:    3
Debtor:  Ashley Stewart Holdings, Inc., et al.
Case No.: 14-14383
Caption: Order Extending the Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Executory Contracts and Unexpired Leases, (III) Schedules of Current Income and Expenditure and (IV) Statements Of Financial Affairs

---

2. Such extension is without prejudice to the Debtors' right to request a further extension of time within which to file the Schedules.

3. To the extent this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. A true copy of this Order shall be served on all parties-in-interest by regular mail within seven (7) days hereof.