*Order Filed on 3/11/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Cindi M. Giglio
Bryan M. Kotliar

*Proposed Counsel to the Debtors
 and Debtors-in-Possession*

**COLE, SCHOTZ, MEISEL,
 FORMAN & LEONARD P.A.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Michael D. Sirota
Ilana Volkov

*Proposed Co-Counsel to the Debtors
 and Debtors-in-Possession*

| | |
|---|---|
| In re: <br><br> ASHLEY STEWART HOLDINGS, INC., <br><br>                                 Debtor. | Chapter 11 <br><br> Case No. 14-14383 |
| In re: <br><br> NEW ASHLEY STEWART, INC., <br><br>                                 Debtor. | Chapter 11 <br><br> Case No. 14-14384 |

**DATED: 3/11/2014**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

-2-

| | |
|---|---|
| In re:<br><br>AS IP HOLDINGS, INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 14-14385 |
| In re:<br><br>NAS GIFT LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 14-14386 |

**ORDER DIRECTING**
**<u>JOINT ADMINISTRATION OF CASES</u>**

-2-

17477114

*Approved by Judge Michael Kaplan  March 11, 2014*

Page:     1
Debtor:   Ashley Stewart Holdings, Inc., et al.
Case No.: 14-14383
Caption:  Order Directing Joint Administration of Cases

---

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

17477114

*Approved by Judge Michael Kaplan  March  11, 2014*

Page:     2
Debtor:   Ashley Stewart Holdings, Inc., et al.
Case No.: 14-14383
Caption:  Order Directing Joint Administration of Cases

---

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' Chapter 11 Cases; and upon the Declaration of Michael A. Abate in Support of First Day Pleadings; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* dated as of September 18, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.  The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 14-14383.

2.  The consolidated caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the Motion.

-2-

17477114

*Approved by Judge Michael Kaplan  March 11, 2014*

Page:       3
Debtor:     Ashley Stewart Holdings, Inc., et al.
Case No.:   14-14383
Caption:    Order Directing Joint Administration of Cases

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ASHLEY STEWART HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-14383<br><br>(Jointly Administered) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ashley Stewart Holdings, Inc. (6790); New Ashley Stewart, Inc. (6655); AS IP Holdings, Inc. (6890); and NAS Gift LLC (5413). The Debtors' corporate offices are located at 100 Metro Way, Secaucus, NJ 07094.

3. An entry shall be made on the docket of each of the Debtors' cases, other than that of Ashley Stewart Holdings, Inc., that is substantially similar to the following:

4. An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Chapter 11 cases of Ashley Stewart Holdings, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 14-14383.

5. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of New Jersey.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors' Chapter 11 cases.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062 or 9014, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

-3-

17477114

*Approved by Judge Michael Kaplan  March  11, 2014*

Page: 4
Debtor: Ashley Stewart Holdings, Inc., et al.
Case No.: 14-14383
Caption: Order Directing Joint Administration of Cases

---

8. To the extent this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11. A true copy of this Order shall be served on all parties-in-interest by regular mail within seven (7) days hereof.

*Approved by Judge Michael Kaplan  March  11, 2014*