Order Filed on 3/11/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)** |
| **CURTIS, MALLET-PREVOST,**<br>   **COLT & MOSLE LLP**<br>101 Park Avenue<br>New York, NY 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Steven J. Reisman<br>Cindi M. Giglio<br>Bryan M. Kotliar<br><br>*Proposed Counsel to the Debtors*<br>  *and Debtors-in-Possession*<br><br>**COLE, SCHOTZ, MEISEL,**<br>   **FORMAN & LEONARD P.A.**<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Michael D. Sirota<br>Ilana Volkov<br><br>*Proposed Co-Counsel to the Debtors*<br>  *and Debtors-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| ASHLEY STEWART HOLDINGS, INC., et al.,[1] | Case No. 14-14383 |
| Debtors. | (Joint Administration Requested) |

## ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 3/11/2014**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Page: | -2- |
| Debtor: | Ashley Stewart Holdings, Inc., <u>et al.</u> |
| Case No.: | 14-14383 |
| Caption: | Order Granting Complex Chapter 11 Case Treatment |

On March 9, 2014 (the "Petition Date"), each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (collectively, the "Chapter 11 Cases"). An *Application for Designation as Complex Chapter 11 Cases* was filed thereafter. After review of the initial pleadings in the Chapter 11 Cases, the Court concludes that the Chapter 11 Cases are Complex.

IT IS HEREBY ORDERED that:

1. The request set forth in the *Application for Designation as Complex Chapter 11 Cases* pursuant to the Court's *General Order Governing Procedures for Complex Chapter 11 Cases*, D.N.J. Local Bankruptcy Rule 6003-1 and Appendix B to D.N.J. Local Bankruptcy Rule 6003-1 is HEREBY GRANTED.

2. The Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases, as set forth at Exhibit F to the Court's General Order Governing Procedures for Complex Chapter 11 Cases and D.N.J. Local Bankruptcy Rule 6003-1 and Appendix A, Appendix B and Appendix C to D.N.J. Local Bankruptcy Rule 6003-1 shall apply.

*Approved by Judge Michael Kaplan  March 11, 2014*