**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Cindi M. Giglio
Bryan M. Kotliar

*Proposed Counsel to the Debtors
  and Debtors-in-Possession*

**COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD P.A.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Michael D. Sirota
Ilana Volkov

*Proposed Co-Counsel to the Debtors
  and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHLEY STEWART HOLDINGS, INC., et al.,[1] | Case No. 14-14383 (MBK) |
| Debtors. | (Jointly Administered) |

## NOTICE OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of

New Jersey (the "Bankruptcy Court") has scheduled the following omnibus hearing dates and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ashley Stewart Holdings, Inc. (6790); New Ashley Stewart, Inc. (6655); AS IP Holdings, Inc. (6890); and NAS Gift LLC (5413). The Debtors' corporate offices are located at 100 Metro Way, Secaucus, NJ 07094.

times for matters in the above-captioned cases:

    Tuesday, April 1, 2014, at 1:00 p.m. (prevailing Eastern Standard Time);

    Tuesday, April 22, 2014, at 1:00 p.m. (prevailing Eastern Standard Time);

    Tuesday, May 6, 2014, at 1:00 p.m. (prevailing Eastern Standard Time);

    Tuesday, May 20, 2014, at 1:00 p.m. (prevailing Eastern Standard Time);

    Tuesday, June 3, 2014, at 1:00 p.m. (prevailing Eastern Standard Time); and

    Tuesday, June 17, 2014, at 1:00 p.m. (prevailing Eastern Standard Time).

Dated:  March 13, 2014

Respectfully submitted,

**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
Steven J. Reisman
Cindi M. Giglio (*pro hac vice* pending)
Bryan M. Kotliar (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178-0061
Telephone:  (212) 696-6000
Facsimile:   (212) 697-1559

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

-and-

**COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD P.A.**

By: */s/ Michael D. Sirota*
Michael D. Sirota
Ilana Volkov
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone:  (201) 489-3000
Facsimile:  (201) 489-1536

*Proposed Co-Counsel for the Debtors and
Debtors-in-Possession*